JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30262-R | 00031 | DANIEL LAWRENCE & ANITA CHAVEZ CLUCK | 9 | XXXXX0192 | 96.06 | 0.00 | 96.06 |
| | | Original check written to: <br> CHEVRON USA <br> P. O. BOX 5010 <br> ROOM 1242, SECTION 156 <br> CONCORD, CA 94524-0010 | | | | | |
| 05-41063-R | 00017 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 25 | XXXXX6994 | 3.30 | 0.00 | 3.30 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-41063-R | 00060 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 27 | XXXXX9833 | 2.86 | 0.00 | 2.86 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-41063-R | 00062 | JAMES ANTHONY & GLORIA JEAN PATTERSON | 26 | XXXXX6592 | 2.83 | 0.00 | 2.83 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-42165-R | 00050 | GARY LEE FOSTER | 5 | XXXXX1310 | 190.69 | 0.00 | 190.69 |
| | | Original check written to: <br> NEXTEL COMMUNICATIONS, INC. <br> ATTN: BANKRUPTCY <br> P. O. BOX 172408 <br> DENVER, CO 80217-2408 | | | | | |
| 05-42448-R | 00009 | LUCILLE A. DAVIS | 5 | 6342 | 43.92 | 0.00 | 43.92 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-42892-R | 00038 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 19 | 4297 | 40.30 | 0.00 | 40.30 |
| | | Original check written to: NCO FINANCIAL SYSTEMS, INC. P. O. BOX 15456 WILMINGTON, DE 19850-5456 | | | | | |
| 05-42892-R | 00039 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 20 | 0974 | 162.17 | 0.00 | 162.17 |
| | | Original check written to: NCO FINANCIAL SYSTEMS, INC. P. O. BOX 15456 WILMINGTON, DE 19850-5456 | | | | | |
| 05-42951-R | 00007 | GEORGE J. & DANA E. ANDERSON | 10 | XXXXX4401 | 522.10 | 0.00 | 522.10 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 05-42951-R | 00030 | GEORGE J. & DANA E. ANDERSON | 9 | XXXXXIDED | 1,294.00 | 0.00 | 1,294.00 |
| | | Original check written to: SINGLE SOURCE, INC. 2451 SOUTHWELL ROAD DALLAS, TX 75229-4519 | | | | | |
| 05-42952-R | 00018 | LASHUNDA M. GRIFFIN | 7 | XXXXX4738 | 25.57 | 0.00 | 25.57 |
| | | Original check written to: NCO FINANCIAL SYSTEMS, INC. P. O. BOX 15456 WILMINGTON, DE 19850-5456 | | | | | |
| 05-43122-R | 00016 | BILLY J. & CHARLENE G. AUDAS | 9 | 5499 | 0.10 | 0.00 | 0.10 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43381-R | 00031 | SEBASTIAN A. & GABRIELA F. VOICU | 19 | XXXXXIDED | 85.43 | 8.97 | 94.40 |
| | | Original check written to: | | | | | |
| | | ROUND ROCK OWNERS ASSOCIATION<br>P. O. BOX 2115<br>ALLEN, TX 75013 | | | | | |
| 05-43381-R | 00047 | SEBASTIAN A. & GABRIELA F. VOICU | 17 | 6994 | 174.74 | 0.00 | 174.74 |
| | | Original check written to: | | | | | |
| | | CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-43562-R | 10019 | REGINALD JONES & MELANIE MANUEL | 5 | XXXXX0001 | 31.59 | 0.00 | 31.59 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL CORPORATION<br>DEPT. CH 10104<br>PALATINE, IL 60055-0104 | | | | | |
| 05-43838-R | 00008 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 7 | XXXXX0071 | 1.23 | 0.00 | 1.23 |
| | | Original check written to: | | | | | |
| | | CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-43860-R | 00013 | JUDY A. GIBSON | 6 | XXXXX5733 | 8.00 | 0.00 | 8.00 |
| | | Original check written to: | | | | | |
| | | CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-43860-R | 00017 | JUDY A. GIBSON | 11 | XXXXX3266 | 21.72 | 0.00 | 21.72 |
| | | Original check written to: | | | | | |
| | | CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD.<br>P. O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43975-R | 00021 | MAURICE EUGENE FRENCH, JR & CYNTHIA ELAINE FRENCH | 13 | XXXXX4966 | 1,657.96 | 0.00 | 1,657.96 |
| | | Original check written to: CHASE BANK USA, NA P. O. BOX 15145 WILMINGTON, DE 19850-5145 | | | | | |
| 05-44391-R | 00025 | PAULA D. DAVIS | 3 | 0818 | 0.21 | 0.00 | 0.21 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44391-R | 00027 | PAULA D. DAVIS | 5 | XXXXX4196 | 0.65 | 0.00 | 0.65 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-46177-R | 00015 | KENNETH R. & KIM S. DOYLE | 2 | XXXXX2267 | 6.48 | 0.00 | 6.48 |
| | | Original check written to: CHEVRON USA P. O. BOX 5010 ROOM 1242, SECTION 156 CONCORD, CA 94524-0010 | | | | | |
| 05-46177-R | 00111 | KENNETH R. & KIM S. DOYLE | 14 | XXXXX9050 | 2.84 | 0.00 | 2.84 |
| | | Original check written to: NCO FINANCIAL SYSTEMS, INC. P. O. BOX 15456 WILMINGTON, DE 19850-5456 | | | | | |
| 05-47588-R | 00032 | EDGAR & MONICA E. HERRERA | 15 | XXXXX5916 | 88.26 | 0.00 | 88.26 |
| | | Original check written to: NCO FINANCIAL SYSTEMS, INC. P. O. BOX 15456 WILMINGTON, DE 19850-5456 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-48369-R | 00001 | JOHN RICKEY HUGHES | 1 | XXXXX2505 | 641.86 | 0.00 | 641.86 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-48369-R | 00018 | JOHN RICKEY HUGHES | 6 | 3092 | 114.97 | 0.00 | 114.97 |
| | | Original check written to:<br>LORD & TAYLOR<br>P. O. BOX 8053<br>MASON, OH 45040-8053 | | | | | |
| 05-50267-R | 00010 | CAROL JEAN WRIGHT | 6 | XXXXX4161 | 89.53 | 0.00 | 89.53 |
| | | Original check written to:<br>SECURITY FINANCE<br>CENTRAL BANKRUPTCY<br>652 BUSH RIVER ROAD #206<br>COLUMBIA, SC 29210-7537 | | | | | |
| 06-41146-R | 00009 | JOHN WILLIAM & CANDY CHRIS THOMPSON | 5 | XXXXX0631 | 53.33 | 20.07 | 73.40 |
| | | Original check written to:<br>DENTON COUNTY<br>C/O MCCREARY, ET AL<br>P. O. BOX 26990<br>AUSTIN, TX 78755 | | | | | |
| 06-50201-R | 00024 | BARNIE MIKE & CATHERINE A FREEMAN | 16 | XXXXX8559 | 214.83 | 0.00 | 214.83 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 06-50201-R | 00054 | BARNIE MIKE & CATHERINE A FREEMAN | 9 | XXXXX6010 | 308.85 | 0.00 | 308.85 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-40908-R | 00037 | DANIEL P. & ROBIN Y. HEWETT | 10 | XXXXX37-9 | 27.27 | 0.00 | 27.27 |
| | | Original check written to: SPRINT NEXTEL CORP ATTN: BANKRUPTCY P. O. BOX 172408 DENVER, CO 80217-2408 | | | | | |
| 07-50186-R | 00006 | WILLIAM GEORGE & ANNICE EWILDI FIELDS | 11 | 6606 | 3.69 | 29.79 | 33.48 |
| | | Original check written to: CITIFINANCIAL P. O. BOX 6931 THE LAKES, NV 88901-0001 | | | | | |
| 07-50222-R | 00011 | JOSE & SHIRLEY A. ZAMORA | 10 | XXXXX8417 | 211.81 | 25.56 | 237.37 |
| | | Original check written to: CITIFINANCIAL AUTO P. O. BOX 182287 COLUMBUS, OH 43218 | | | | | |
| 08-42092-R | 00004 | TAMMY JO SARTIN | 3 | 8497 | 0.00 | 0.54 | 0.54 |
| | | Original check written to: HOME LOAN SERVICES 150 ALLEGHENY CENTER MALL LOCATOR 24-040 PITTSBURGH, PA 15212-5335 | | | | | |
| 09-40962-R | 00028 | EDWARD OLIVER & PAULA JANE WAKEFIELD | 13 | XXXXX7603 | 0.00 | 643.47 | 643.47 |
| | | Original check written to: WELLS FARGO FINANCIAL P. O. BOX 98796 LAS VEGAS, NV 89193 | | | | | |
| 09-50074-R | 00028 | SAMUEL DALE & DONNA K. SMITH | 2 | 0232 | 193.31 | 0.00 | 193.31 |
| | | Original check written to: JEFFERSON CAPITAL SYSTEMS P. O. BOX 23051 COLUMBUS, GA 31902-3051 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 27, 2010

Check No. 2012279

Check Amount: $36,430.62

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-41329-R | 00004 | STEVEN D. & PATRICIA L. RHOADES | 9 | 6816 | 208.16 | 201.16 | 409.32 |
| | | Original check written to: COLONIAL SAVINGS 2626B WEST FREEWAY FORT WORTH, TX 76102 | | | | | |
| 09-41329-R | 00011 | STEVEN D. & PATRICIA L. RHOADES | 9 | 6816 | 155.63 | 0.00 | 155.63 |
| | | Original check written to: COLONIAL SAVINGS 2626B WEST FREEWAY FORT WORTH, TX 76102 | | | | | |
| 09-42722-R | 00002 | KEVIN D. BUSH | 9 | 8305 | 4.60 | 0.00 | 4.60 |
| | | Original check written to: BARCLAYS CAPITAL REAL ESTATE P. O. BOX 160101 SACRAMENTO, CA 95816 | | | | | |
| 10-40092-R | 00004 | MATTHEW GONZALES | | 7839 | 437.34 | 0.00 | 437.34 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| | | | | **TOTALS** | **$7,128.19** | **$929.56** | **$8,057.75** |